Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

**MIDDLE** District of _Pennsylvania_

_Williamspa_ Division

James E. Nottingham
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Timothy A. B. Reitz, ESQ
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) Case No. _4:18-CV-1520_
)            *(to be filled in by the Clerk's Office)*
)
)
)
)  Jury Trial: *(check one)*  ☐ Yes  ☐ No
)
)
)
)
)       **RECEIVED**
)       **SCRANTON**
)
)         JUL 3 1 2018
)   PEH _____
)              **DEPUTY CLERK**

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James E. Nottingham |
| Street Address | PO Box 200 |
| City and County | Camphill        Dauphin County |
| State and Zip Code | Pennsylvania      17001 |
| Telephone Number | N/A |
| E-mail Address | N/A |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                Timothy A. B. Reitz

Job or Title *(if known)*           Esquire Malee law Firm P.C.

Street Address                      310 EAST THIRD Street

City and County                     Williamsport      Lycoming

State and Zip Code                  Pennsylvania    17701

Telephone Number                    570 321 6112

E-mail Address *(if known)*         www.Maleelawfirm.Com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Fifth and fourteenth Amendments:
① False Imprisonment ② Intentional infliction of Emotional Distress
③ Discretionary functions ④ Discrimination ⑤ Client-attorney confidentiality
First Amendment   Procedural due process rights   Eighth Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Lost of business, liberty, properties, expenses, cause of injury, harm, suffering, wrongful imprisonment, and mental anguish.                    3,496,000.⁰⁰

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DEFENDANTS INADEQUATE, INEFFECTIVE AND INCOMPOTENT ASSISTANCE VIOLATING PLAINTIFFS Constitutional rights OF Counsel IN A CIVIL CASE AND A CRIMINAL CASE RETAINED ON February 15, 2016. Fired November 1, 2016 Filed Praecipe to withdraw February 3, 2017 resulted in extensive property damages and incarceration

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 3,496,000.⁰⁰ Due to lost of business, liberty, property, damages, expenses, wrongful imprisonment to include injury, harm, suffering and mental anguish still incarcerated due to Timothy Reitz Neglect to Represent client to the best of his ability, Deprivation of rights. Secured by the Constitution. Discretionary functions

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      7/27/2018

Signature of Plaintiff     *James E. Nottingham*
Printed Name of Plaintiff     James E. Nottingham

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

James Rotbingham
mv 4522
Po Box 200
camphill, Pa 17001

INMATE MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 17011 $ 000.47⁰
02 4W
0000345628 JUL 27 2018

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal BLDG & US courthouse
235 North Washington Avenue
Po Box 1148
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON

JUL 31 2018

PER _____
DEPUTY CLERK