# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. NOTTINGHAM, | No. 4:18-CV-01520 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Mehalchick) |
| TIMOTHY A.B. REITZ, | |
| Defendant. | |

## ORDER

### NOVEMBER 2, 2018

1. On July 31, 2018, Plaintiff James E. Nottingham instituted the above-captioned action against Defendant Timothy A.B. Reitz. ECF No. 1.

2. On July 31, 2018, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis. ECF No. 2.

3. On August 16, 2018, Plaintiff field a Motion to Appoint Counsel. ECF No. 7.

4. On October 15, 2018, Magistrate Judge Karoline Mehalchick issued a Report and Recommendation, ECF No. 10, recommending that this Court:

    a. Grant Plaintiff's Motion for Leave to Proceed in Forma Pauperis,

    b. Dismiss Plaintiff's Complaint with prejudice, and

    c.     Deny Plaintiff's Motion to Appoint Counsel as moot.

5. Neither party filed objections to Magistrate Judge Mehalchick's Report and Recommendation, and this Court has satisfied itself that "there is no clear error on the face of the record."[1]

6. Therefore, **IT IS HEREBY ORDERED** that:

    a.     Magistrate Judge Mehalchick's Report and Recommendation, ECF No. 10, is **ADOPTED IN ITS ENTIRETY**.

    b.     Plaintiff's Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, is **GRANTED**.

    c.     Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.[2]

    d.     Plaintiff's Motion to Appoint Counsel, ECF No. 7, is **DENIED AS MOOT**.

7. The Clerk of Court is directed to close this case.

                          BY THE COURT:

                          *s/ Matthew W. Brann*
                          Matthew W. Brann
                          United States District Judge

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).
[2] Plaintiff should note that the instant dismissal is because his complaint "fails to state a claim upon which relief may be granted" for purposes of 28 U.S.C. § 1915(g).